## 23252. BANKS v. BANKS.

COOK, Justice. On September 16, 1965, Russell Bradford Banks, Jr., filed a notice of appeal from a judgment of February 8, 1965, in the case of Virnell Butler Banks against the ap-

pellant, which judgment amended a judgment and decree entered on August 1, 1963, in a case between the same parties. The notice of appeal was not filed within the time provided by Section 5 of the Appellate Practice Act of 1965 (Ga. L. 1965, pp. 18, 21; *Code Ann.* § 6-803), and no enumeration of the errors relied on was filed within the time required by Section 14 of that Act, as amended by Ga. L. 1965, pp. 240, 243 (*Code Ann.* § 6-810). Under the provisions of Section 13 (b) of the Appellate Practice Act of 1965 (Ga. L. 1965, pp. 18, 29), as amended (Ga. L. 1965, pp. 240, 241; *Code Ann.* § 6-809), the appeal must be dismissed.

*Appeal dismissed. All the Justices concur.*

ARGUED DECEMBER 13, 1965—DECIDED JANUARY 6, 1966.

*Kemp & Watson, John L. Watson, Jr.,* for appellant.
*Fine & Rolader, D. W. Rolader,* for appellee.